STRONGIN ROTHMAN & ABRAMS, LLP
5 Hanover Square, Fourth Floor
New York, NY  10004
(212) 931-8300
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DIASTER SITE LITIGATION (straddler plaintiffs) (21 MC 103) | Case No.: 21 MC 103 (AKH) |
| ------------------------------------------------------------------x | |
| ALICIA OSORIO, | NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT |
| Plaintiffs, | |
| -against- | Docket No.:  08 CV 02300 |
| NOMURA HOLDING AMERICA INC. and NOMURA SECURITIES INTERNATIONAL, INC., ET AL, (See Defendants' List) | ELECTRONICALLY FILED |
| Defendants, | |
| ------------------------------------------------------------------x | |

PLEASE TAKE NOTICE THAT Defendants NOMURA HOLDING AMERICA INC. and NOMURA SECURITIES INTERNATIONAL, INC. (collectively referred to herein as "Nomura parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check Off Complaint) related to the Master Complaint filed herein and applicable to the above captioned matter hereby adopts all of the responses and all of the affirmative defenses contained in the Answer to the Master Complaint dated, filed and served July 31, 2007, *In Re World Trade Center Lower Manhattan Disaster Site Litigation* 21MC102 (AKH).  The responses to all of the allegations in the Master Complaint are adopted herein and are applicable to the Check-Off Complaint served and filed herein.

PLEASE TAKE FURTHER NOTICE that Defendant, NOMURA PARTIES, reserves the right to serve and file an amended answer and specifically reserves the right to interpose a cross-claim against any and all co-defendants.

PLEASE TAKE FURTHER NOTICE that Defendant, NOMURA PARTIES, also adopts all affirmative defenses and the jury demand herein.

WHEREFORE, Defendant, NOMURA PARTIES, demands judgment dismissing the above captioned action against it along with the costs and disbursements of this action.

Dated:   New York, New York
         May 30, 2008

Yours, etc.

STRONGIN ROTHMAN & ABRAMS, LLP

*s/Jill S. Taylor*

_____
JILL S. TAYLOR, ESQ. (JT-4731)
Attorneys for Defendants
NOMURA HOLDING AMERICA INC. and
NOMURA SECURITIES INTERNATIONAL, INC.
5 Hanover Square, Fourth Floor
New York, NY 10004
(212) 931-8300